NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. JONES,        )<br>                               )<br>            Plaintiff,      )<br>                               )<br>    v.                          )<br>                               )<br>                               )<br>WARDEN C. CULLEN, et al.,  )<br>                               )<br>            Defendants.   )<br>_____) | No. C 10-04048 JF (PR)<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO FILE CERTIFICATE OF<br>FUNDS IN PRISONER'S ACCOUNT |

On September 9, 2010, Plaintiff initiated this action in pro se pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis. (Docket No. 2.) On the same day, the clerk sent Plaintiff a notice stating that the application is insufficient because Plaintiff failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution. (Id. at 3.) To date, Plaintiff has only filed additional copies of his prisoner trust account statement but not the missing Certificate of Funds. In the interest of justice, the Court will grant an extension of time to do so.

Plaintiff shall submit the completed Certificate of Funds within **thirty (30) days** of the date this order is filed. **Failure to file the necessary document will result in the denial of the application to proceed in forma pauperis, and the complete filing fee**

1

1 | **will be immediately due.**

2 |       The clerk of the Court shall enclose two blank copies of the "Certificate of Funds in Prisoner's Account" with a copy of this order to Plaintiff.

      IT IS SO ORDERED.

DATED: 2/16/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD E JONES et al,

        Plaintiff,

v.

C. CULLEN, et al.,

        Defendants.

Case Number: CV10-04048 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/16/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward E. Jones E38291
CSP-SATF V
P.O. Box 5248
FAC. B-3-157L
Corcoran, CA 93212

Dated: 2/16/11

Richard W. Wieking, Clerk